Frank McRae, Appellant, v. Mary McRae, Appellee.

In Banc.

Appeal from Circuit Court, Columbia county; Bascom H. Palmer, Judge.

A. J. Henry for appellant.

Boozer & Gillen for appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The appeal is dismissed on motion of appellee.